### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JOSHUA LEE WALLACE                                                     PLAINTIFF

v.                      No. 4:15CV00172-JLH-JTK

RODNEY WRIGHT                                                        DEFENDANT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's denial of access to the law library and exercise claims against Defendant be DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 7th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE