# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOSHUA LEE WALLACE                                                                                           PLAINTIFF

v.                                          No. 4:15CV00172-JLH-JTK

RODNEY WRIGHT                                                                                              DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Wright's motion for summary judgment (Document #25) is GRANTED, and plaintiff's complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 23rd day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE