### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JOSHUA LEE WALLACE                                                                                          PLAINTIFF

v.                                              No. 4:15CV00172-JLH-JTK

RODNEY WRIGHT                                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 23rd day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE